# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: * | |
| COURT OPERATIONS UNDER THE EXIGENT * | MISC. NO. 00-308 |
| CIRCUMSTANCES CREATED BY COVID-19 * | |

*****

## STANDING ORDER 2020-03

WHEREAS, the Governor of the State of Maryland has declared a state of emergency in response to the spread of the novel coronavirus known as COVID-19; and

WHEREAS, the Centers for Disease Control and Prevention and other public health authorities have advised taking precautions to reduce the possibility of exposure to the virus and slow the spread of the disease; and

WHEREAS, trial jurors often have to work in close quarters to hear the evidence and deliberate following the presentation of the evidence, it is hereby

ORDERED by the United States District Court for the District of Maryland that, effective immediately, all civil and criminal petit jury selections and jury trials scheduled to commence now through April 24, 2020 before any district or magistrate judge in any courthouse in the District of Maryland are POSTPONED and CONTINUED pending further Order of the Court; and it is further

ORDERED that with regard to criminal trials, due to the Court's reduced ability to obtain an adequate spectrum of jurors and the effect of the above public health recommendations on the availability of counsel and Court staff to be present in the courtroom, the time period of the continuances implemented by this Order will be excluded under the Speedy Trial Act, as the Court specifically finds that the ends of justice served by ordering the continuances outweigh the best interests of the public and each defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A).

_March 12, 2020_
Date

_James K. Bredar_
James K. Bredar, Chief Judge
United States District Court