# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

IN RE:                                     *
COURT OPERATIONS UNDER THE EXIGENT  *     MISC. NO. 00-308
CIRCUMSTANCES CREATED BY COVID-19    *
\*\*\*\*\*

## SECOND AMENDED STANDING ORDER 2020-03

WHEREAS, the Governor of the State of Maryland has declared a state of emergency in response to the spread of the novel coronavirus known as COVID-19; and

WHEREAS, the Centers for Disease Control and Prevention and other public health authorities have advised taking precautions to reduce the possibility of exposure to the virus and slow the spread of the disease; and

WHEREAS, preventing the spread of COVID-19 requires limiting public contact to essential matters; and

WHEREAS, participants in court proceedings are necessarily often in close proximity to each other, it is hereby

ORDERED by the United States District Court for the District of Maryland that, effective immediately, all civil and criminal petit jury selections and jury trials scheduled to commence now through April 24, 2020 before any district or magistrate judge in any U.S. courthouse in the District of Maryland are POSTPONED and CONTINUED pending further Order of the Court; and it is further

ORDERED that with regard to criminal trials, due to the Court's reduced ability to obtain an adequate spectrum of jurors and the effect of the above public health recommendations on the availability of counsel and Court staff to be present in the courtroom, the time period of the continuances implemented by this Order will be excluded under the Speedy Trial Act, as the Court specifically finds that the ends of justice served by ordering the continuances outweigh the best interests of the public and each defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A); and it is further

ORDERED that all other civil, criminal, and bankruptcy proceedings in the U.S. District Court for the District of Maryland, including court appearances, trials, hearings, settlement conferences, conference calls, naturalization and admission ceremonies, grand jury meetings, and Central Violations Bureau proceedings (misdemeanor and traffic dockets) now scheduled to occur from March 16, 2020, through March 27, 2020, are POSTPONED and will be rescheduled at a later date, unless the presiding judge in an individual case issues an order after the date of this Order directing that a particular proceeding will be held on or before March 27, 2020. All filing deadlines now set to fall between March 16, 2020, and March 27, 2020, are EXTENDED by fourteen (14) days, unless the presiding judge in an individual case sets a different date by an order issued after the date of this Order. Chambers will contact counsel to reschedule proceedings when appropriate; and it is further

ORDERED that due to the unavailability of a grand jury in this District, the 30-day time period for filing an indictment or an information is TOLLED as to each defendant during the time period March 16, 2020 through March 27, 2020, in alignment with 18 U.S.C. § 3161(b); and it is further

ORDERED that the Court will remain open for emergency criminal, civil, and bankruptcy matters related to public safety, public health and welfare, and individual liberty; and it is further

ORDERED that this Order does not toll any applicable statute of limitations. Electronic filing through CM/ECF will remain available, and self-represented litigants may deposit and date-stamp papers in drop boxes at each courthouse between 9:00 a.m. and 4:00 p.m., Monday through Friday. For emergency criminal matters, please contact the assigned duty magistrate judge. For emergency civil matters, please contact the Clerk's Office at (410) 962-3625 or (301) 802-6170. For emergency bankruptcy matters, please contact the Bankruptcy Court Clerk's Office at (410) 962-2688 for Baltimore and (301) 344-8018 for Greenbelt; and it is further

ORDERED that further Orders addressing COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID-19 will be entered as circumstances warrant.

_March 14, 2020_
Date

_James K. Bredar_
James K. Bredar
Chief Judge