**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| IN RE: | * | |
| RESTRICTIONS ON VISITORS | * | MISC. NO. 00-308 |
| TO COURTHOUSES | * | |
| | * | |

******

**SECOND AMENDED STANDING ORDER 2020-02**

The United States District Court for the District of Maryland is closely monitoring the outbreak of the novel coronavirus known as COVID-19 as well as the guidance issued by the Centers for Disease Control and Prevention. The CDC has advised people to take precautions, and has noted that the best way to prevent illness is to avoid being exposed to the virus.

The Court notes that the circumstances surrounding the COVID-19 Pandemic are rapidly changing. Recent events, including an attempt by a person with apparent symptoms of illness to enter a Courthouse in this District today, necessitate additional restrictions on courthouse visitors. Accordingly, it is hereby

ORDERED by the United States District Court for the District of Maryland that, effective March 23, 2020, no members of the public, other than litigants with a scheduled proceeding, counsel of record, investigators or employees of counsel, and credentialed press, may enter any U.S. Courthouse in the District of Maryland without prior permission from the Chief Judge or any U.S. Probation Office in the District of Maryland without prior permission from the supervising U.S. Probation Officer. Members of the public will retain access to drop boxes at the entrance of each courthouse to deposit and date-stamp papers between 9:00 a.m. and 4:00 p.m., Monday through Friday; and it is further

ORDERED that, in addition to the above restrictions, the following persons shall not enter any U.S. Courthouse or U.S. Probation Office in this District:

- Persons who have been in any of the following regions or countries within the last 14 days:

    CHINA
    SOUTH KOREA
    JAPAN
    IRAN
    EGYPT
    EUROPE
    Any other region or country for which the CDC has issued a Level 3 Travel Health Notice

- Persons who reside or have had close contact with someone who has been in one of the regions or countries listed above within the last 14 days;

- Persons who have been asked to self-quarantine by any physician, hospital, or health agency;

- Persons who have been diagnosed with, or have had contact with, anyone who has been diagnosed with COVID-19;

- Persons with apparent symptoms of COVID-19, such as fever, severe cough, or shortness of breath; and it is further

ORDERED that all courthouse visitors shall be subject to health screening as appropriate to determine if any are exhibiting apparent symptoms of COVID-19, such as fever, severe cough, or shortness of breath; and it is further

ORDERED that the United States Marshal, his Deputies, the Court Security Officers, or a designated contractor, shall enforce the terms of this Order and shall deny entry to anyone attempting to enter in violation of this Order; and it is further

ORDERED that if you are scheduled or required to appear at a U.S. Courthouse or U.S. Probation Office in the District of Maryland, and you are unable to appear because of the restrictions in this Order, you are directed to proceed as follows:

- If you are represented by an attorney, please contact your attorney;

- If you are an attorney and you are scheduled to appear in court before a judge, please contact that chambers directly;

- For self-represented litigants, please contact the Clerk's Office at (410) 962-3625;

- If you are scheduled to meet with a Pretrial Services officer, please contact the office of Pretrial Services at (410) 962-4820 for Baltimore and (301) 344-0375 for Greenbelt;

- If you are scheduled to meet with a Probation officer, please contact the Probation office at (410) 962-4740 for Baltimore and (301) 344-0510 for Greenbelt;

- If you are a juror, please contact the Jury Department at (410) 962-3090;

- For Court of Appeals matters, please contact Patricia S. Connor, Clerk of Court, at (804) 916-2700;

- For Bankruptcy Court matters, please contact the Clerk's Office at (410) 962-2688 for Baltimore and (301) 344-8018 for Greenbelt.

- For Section 341 Meetings of Creditors, please contact the U.S. Trustee's Office at (410) 962-4300.

- For District Court matters, and any matters not included above, please contact the Clerk's Office at (410) 962-3625; and it is further

ORDERED that these restrictions will remain in place temporarily until it is determined to be safe to remove them; and it is further

ORDERED that this Order shall be updated as further guidance is received.

Date: March 20, 2020

    /s/JAMES K. BREDAR
James K. Bredar, Chief Judge
United States District Court

- If you are represented by an attorney, please contact your attorney;

- If you are an attorney and you are scheduled to appear in court before a judge, please contact that chambers directly;

- For self-represented litigants, please contact the Clerk's Office at (410) 962-3625;

- If you are scheduled to meet with a Pretrial Services officer, please contact the office of Pretrial Services at (410) 962-4820 for Baltimore and (301) 344-0375 for Greenbelt;

- If you are scheduled to meet with a Probation officer, please contact the Probation office at (410) 962-4740 for Baltimore and (301) 344-0510 for Greenbelt;

- If you are a juror, please contact the Jury Department at (410) 962-3090;

- For Court of Appeals matters, please contact Patricia S. Connor, Clerk of Court, at (804) 916-2700;

- For Bankruptcy Court matters, please contact the Clerk's Office at (410) 962-2688 for Baltimore and (301) 344-8018 for Greenbelt.

- For Section 341 Meetings of Creditors, please contact the U.S. Trustee's Office at (410) 962-4300.

- For District Court matters, and any matters not included above, please contact the Clerk's Office at (410) 962-3625; and it is further

ORDERED that these restrictions will remain in place temporarily until it is determined to be safe to remove them; and it is further

ORDERED that this Order shall be updated as further guidance is received.

Date: March 20, 2020

    /s/JAMES K. BREDAR
James K. Bredar, Chief Judge
United States District Court