# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| COURT OPERATIONS UNDER THE EXIGENT | * | MISC. NO. 00-308 |
| CIRCUMSTANCES CREATED BY COVID-19 | * | |

*****

## STANDING ORDER 2020-05

WHEREAS, the Governor of the State of Maryland has declared a state of emergency in response to the spread of the novel coronavirus known as COVID-19; and

WHEREAS, the Centers for Disease Control and Prevention and other public health authorities have advised taking precautions to reduce the possibility of exposure to the virus and slow the spread of the disease; and

WHEREAS, preventing the spread of COVID-19 requires limiting public contact to essential matters; and

WHEREAS, participants in court proceedings are necessarily often in close proximity to each other; and

WHEREAS this Court has issued its Second Amended Standing Order 2020-03 postponing and continuing all civil and criminal petit jury selections and trial through April 24, 2020, and non-emergency proceedings through March 27, 2020, the Court has now determined it necessary to extend the terms of that Order through April 24, 2020 for all non-emergency proceedings. Accordingly, it is hereby

ORDERED by the United States District Court for the District of Maryland that, effective immediately, all civil and criminal petit jury selections and jury trials scheduled to commence now through April 24, 2020 before any district or magistrate judge in any courthouse in the District of Maryland are POSTPONED and CONTINUED pending further Order of the Court; and it is further

ORDERED that with regard to criminal trials, due to the Court's reduced ability to obtain an adequate spectrum of jurors and the effect of the above public health recommendations on the availability of counsel and Court staff to be present in the courtroom, the time period of the continuances implemented by this Order will be excluded under the Speedy Trial Act, as the Court specifically finds that the ends of justice served by ordering the continuances outweigh the best interests of the public and each defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A); and it is further

ORDERED that all other civil, criminal, and bankruptcy proceedings in the U.S. District Court for the District of Maryland, including court appearances, trials, hearings, settlement conferences, conference calls, naturalization and admission ceremonies, and grand jury meetings now scheduled to occur from March 16, 2020, through April 24, 2020, are POSTPONED and will be rescheduled at a later date, unless the presiding judge in an individual case issues an order after the date of this Order directing that a particular proceeding will be held on or before April 24, 2020. All filing deadlines now set to fall between March 16, 2020, and April 24, 2020, are EXTENDED by forty-two (42) days, unless the presiding judge in an individual case sets a different date by an order issued after the date of this Order. Chambers will contact counsel to reschedule proceedings when appropriate. Central Violations Bureau proceedings (misdemeanor, traffic, and petty offense dockets) will be addressed by separate order; and it is further

ORDERED that due to the unavailability of a grand jury in this District, the 30-day time period for filing an indictment or an information is TOLLED as to each defendant during the time period March 16, 2020 through April 24, 2020, in alignment with 18 U.S.C. § 3161(b); and it is further

ORDERED that the Court will remain open for emergency criminal, civil, and bankruptcy matters related to public safety, public health and welfare, and individual liberty; and it is further

ORDERED that this Order does not toll any applicable statute of limitations. Electronic filing through CM/ECF will remain available, and self-represented litigants may deposit and date-stamp papers in drop boxes at each courthouse between 9:00 a.m. and 4:00 p.m., Monday through Friday. For emergency criminal matters, please contact the assigned duty magistrate judge. For emergency civil matters, please contact the Clerk's Office at (410) 962-3625 or (301) 802-6170. For emergency bankruptcy matters, please contact the Bankruptcy Court Clerk's Office at (410) 962-2688 for Baltimore and (301) 344-8018 for Greenbelt; and it is further

ORDERED that further Orders addressing COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID-19 will be entered as circumstances warrant; and it is further

ORDERED that Second Amended Standing Order 2020-03 is RESCINDED.


Date: March 20, 2020

　/s/JAMES K. BREDAR　
James K. Bredar, Chief Judge
United States District Court