**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

IN RE:                                              *
USE OF FACE COVERINGS OR MASKS      *                    MISC. NO. 00-308
IN COURTHOUSES                            *
                                                   *
                                          ******

**THIRD AMENDED STANDING ORDER 2020-10**

WHEREAS, the Centers for Disease Control and Prevention and other public health authorities have advised taking precautions to slow the spread of COVID-19, including recommending the use of face coverings or masks in public settings, it is hereby

ORDERED by the United States District Court for the District of Maryland that, effective immediately, all persons seeking entry to, or occupying, the United States Courthouses in Baltimore, Greenbelt, or Salisbury must wear a face covering or mask ("the mask"). The mask must completely conceal the wearer's nose and mouth at all times and may not incorporate a one-way valve.[1] Neither bandanas nor neck gaiters constitute appropriate masks under the terms of this Order. If the wearer is a court employee who is alone in a private office or workspace, which permits at least six feet of physical distance from other persons, the wearer may temporarily remove the mask. Masks may be removed by court participants during in-court proceedings only if so authorized by the presiding judge. Any visitor seeking entry to the Courthouse without a mask, or with a valve mask or other inappropriate mask, will be provided a mask by the Court. If the Court is unable to provide a mask for any reason, the visitor will be asked to contact by telephone the office to be visited to explore alternatives to entering the Courthouse; and it is further

ORDERED that the United States Marshal, his Deputies, and the Court Security Officers shall enforce this Order and deny entry to those individuals not wearing a mask.

Date:  September 4, 2020                                  _/s/ JAMES K. BREDAR_____
                                                         James K. Bredar, Chief Judge
                                                         United States District Court

---

[1] Typically a raised plastic cylinder about the size of a quarter on the front or side of the mask.