**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| IN RE: | * | |
| RESTRICTIONS ON VISITORS | * | MISC. NO. 00-308 |
| TO COURTHOUSES | * | |
| | * | |

******

**AMENDED STANDING ORDER 2020-18**

WHEREAS, the Centers for Disease Control and Prevention and other public health authorities have advised taking precautions to reduce the possibility of exposure to COVID-19 and slow the spread of the disease; and

WHEREAS, the Court previously issued Second Amended Standing Order 2020-02, Standing Order 2020-09, and Standing Order 2020-14 regarding restrictions on courthouse visitors, the Court now finds it necessary to revise these restrictions as it implements Phase Three of its recovery plan and reopens its Courthouses to the general public. Accordingly, it is hereby

ORDERED by the United States District Court for the District of Maryland that, subject to the restrictions below, all Courthouses in the District are once again open to the public during regular business hours on all days except Saturdays, Sundays, and legal holidays specified in Fed. R. Civ. P. 77(c), and the day after Thanksgiving. Probation Offices in the District are open by appointment only. As detailed in Amended Standing Order 2020-16, restrictions on the number of persons permitted into a courtroom to observe proceedings remain in effect; and it is further

ORDERED that the following persons shall not enter any U.S. Courthouse or U.S. Probation Office in this District without the express permission of the Chief Judge:

- Persons who have been diagnosed with COVID-19 or told to presume they have COVID-19 by a health professional within the last 14 days;

- Persons who have had contact in the last 14 days with anyone who has been diagnosed with COVID-19 or told to presume they have COVID-19 by a health professional, unless the diagnosis was more than 14 days ago and the person diagnosed has been symptom-free for the past 72 hours;
- Persons who have been asked to self-quarantine by any physician, hospital, or health agency;
- Persons who have a temperature of 100.0 degrees or higher, as measured by the touchless thermometers at the entrance to each Courthouse, which all persons are required to use prior to entry;
- Persons who have had fever or chills, cough, shortness of breath or difficulty breathing, fatigue, muscle or body aches, headache, new loss of taste or smell, sore throat, congestion or runny nose, nausea or vomiting, or diarrhea within the last 14 days, unless the symptoms are attributable to another known condition;
- Persons who reside with someone who has had fever or chills, cough, shortness of breath or difficulty breathing, fatigue, muscle or body aches, headache, new loss of taste or smell, sore throat, congestion or runny nose, nausea or vomiting, or diarrhea within the last 14 days, unless the symptoms are attributable to another known condition;
- Persons who have returned from international travel or a cruise ship voyage within the past 14 days; and
- Persons who have been released from a federal, state or local jail, prison, or other correctional institution within the last 14 days, except those who are reporting to be fit with a location monitoring device or as otherwise ordered by the Court; and it is further

ORDERED that the United States Marshal, his Deputies, the Court Security Officers, or a designated contractor, shall enforce the terms of this Order and shall deny entry to anyone attempting to enter in violation of this Order; and it is further

ORDERED that if you are scheduled or required to appear at a U.S. Courthouse or U.S. Probation Office in the District of Maryland, and you are unable to appear because of the restrictions in this Order, you are directed to proceed as follows:

- If you are represented by an attorney, please contact your attorney;
- If you are an attorney and you are scheduled to appear in court before a judge, please contact that chambers directly;
- For self-represented litigants, please contact the Clerk's Office at (410) 962-3625;
- If you are scheduled to meet with a Pretrial Services officer, please contact the office of Pretrial Services at (410) 962-4820 for Baltimore and (301) 344-0375 for Greenbelt;
- If you are scheduled to meet with a Probation officer, please contact the Probation office at (410) 962-4740 for Baltimore and (301) 344-0510 for Greenbelt;
- If you are a juror, please contact the Jury Department at (410) 962-3090;
- For Court of Appeals matters, please contact Patricia S. Connor, Clerk of Court, at (804) 916-2700;
- For Bankruptcy Court matters, please contact the Clerk's Office at (410) 962-2688 for Baltimore and (301) 344-8018 for Greenbelt.
- For Section 341 Meetings of Creditors, please contact the U.S. Trustee's Office at (410) 962-4300.

- For District Court matters, and any matters not included above, please contact the Clerk's Office at (410) 962-3625; and it is further

ORDERED that these restrictions will remain in place temporarily until it is determined to be safe to remove them; and it is further

ORDERED that Standing Order 2020-14 is SUPERSEDED.

Date:  October 13, 2020                                              /s/ JAMES K. BREDAR
James K. Bredar, Chief Judge
United States District Court