# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| PROCEDURES FOR THE FILING | * | MISC. NO. 00-308 |
| OF SEALED DOCUMENTS | * | |
| | * | |

\******

## STANDING ORDER 2025-05

A recent escalation in cyberattacks on the CM/ECF filing system of federal courts requires the implementation of new procedures for the storage and management of sealed documents. On August 11, 2025, this Court entered Standing Order 2025-04 altering the procedures for filing sealed documents in criminal cases. The Court now finds it necessary and appropriate to further amend these procedures in both criminal and civil cases. Accordingly, it is hereby

ORDERED by the United States District Court for the District of Maryland that, effective immediately, sealed documents may once again be filed electronically on CM/ECF in criminal cases. Sealed documents may continue to be filed in CM/ECF in civil cases under existing procedures. However, sealed documents in both criminal and civil cases will no longer be accessible or viewable by electronic means; and it is further

ORDERED that because service of sealed documents can no longer be accomplished through CM/ECF, parties are required to serve sealed documents by other appropriate means as provided by the Federal Rules of Procedure. The Court will serve sealed orders, notices, and other Court-generated documents by either secure electronic means or U.S. Mail; and it is further

ORDERED that sealed documents that are defined as HSDs will continue to be subject to the Court's HSD filing procedures as detailed in Second Amended Standing Order 2021-02; and it is further

ORDERED that Standing Order 2025-04 is rescinded.  This Order supersedes any and all inconsistent prior Court orders, Local Rules, or other guidance regarding the filing of sealed documents.

Date:  September 24, 2025                               /s/ GEORGE L. RUSSELL, III
                                                                                       George L. Russell III, Chief Judge
                                                                                       United States District Court