**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| IN RE: | * | |
| CONDITIONS OF PROBATION | * | MISC. NO. 00-308 |
| | * | |

******

**STANDING ORDER 2026-02**

The Judges of this Court have determined that the following conditions are required by law in every judgment imposing a term of Probation:

**Mandatory Conditions**

- You must not commit another federal, state or local crime.
- You must not unlawfully possess a controlled substance.
- You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the Court. This condition may be suspended based on the Court's determination that you pose a low risk of future substance abuse.
- You must cooperate in the collection of DNA as directed by the probation officer.
- If applicable, you must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense.
- If applicable, you must participate in an approved program for domestic violence.
- If applicable, you must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664.
- You must pay the assessment imposed in accordance with 18 U.S.C. § 3013.

- If the judgment imposes a fine, you must pay in accordance with the Schedule of Payments sheet in the judgment.
- You must notify the Court of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

The Judges of this Court have further determined that the following standard conditions establish the basic expectations of behavior for persons on supervision and identify the minimum tools needed by probation officers to keep informed, report to the Court about, and bring about improvements in the conduct and conditions of persons on supervision. Accordingly, absent unusual circumstances, these conditions are to be included in every judgment imposing a term of Probation.

**Standard Conditions**

- You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of the time you were sentenced, unless the probation officer instructs you to report to a different probation office or within a different time frame.
- After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. You must follow the instructions of the probation officer related to the conditions of supervision.
- You must answer truthfully the questions asked by your probation officer.
- You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with),

you must notify the probation officer beforehand. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

- You must allow the probation officer to visit you at any time at your home or elsewhere.
- You must notify the probation officer before you travel more than 150 miles from your approved residence.
- If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
- You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the Court.

Standing Order 2020-12 is RESCINDED.

So ORDERED this 6th day of ~~April~~ May, 2026.

George L. Russell III, Chief Judge
United States District Court